**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

TAMIKA DANIEL, *on behalf of herself and all*
*others similarly situated,*

Plaintiff,

-against-

MONDELEZ INTERNATIONAL, INC.,

Defendant.

Case No.: 17-cv-0174

**NOTICE OF VOLUNTARY**
**DISMISSAL PURSUANT TO**
**F.R.C.P. 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff are hereby dismissed, with

prejudice, in their entirety as against the Defendant, MONDELEZ INTERNATIONAL, INC.,

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to

any party.

Dated: April 25, 2018
       New York, New York

**LEE LITIGATION GROUP, PLLC**
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: (212) 465-1188

C.K. Lee, Esq. (CL 4086)

SO ORDERED:

---
       U.S.D.J